NICHOLAS A. TRUTANICH
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada State Bar No. 6875
Bruce R. Thompson U.S. Courthouse & Federal Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN C. BINAU and KELCI S. BINAU, | 3:18-cv-484-MMD |
| Claimants, | |
| v. | STIPULATION FOR DISMISSAL |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The parties hereby stipulate that the within civil action may be dismissed, all claims and issues herein having been concluded through a settlement reflected in the Final Order of Forfeiture entered in the related criminal proceeding captioned *United States v. Kenneth Gibson*, 3:17-cr-79-MMD (District of Nevada).

_____
STEPHEN C. BINAU, claimant

_____
KELCI S. BINAU, claimant

Dated: February 11, 2019

_____
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED.

_____
U.S. District Judge

1